UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60634-CIV-DAMIAN/Valle

**WESLEY NEWMAN**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**ELITE AGENCY, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

On August 30, 2025, this Court ordered the parties to submit a stipulation for dismissal by September 29, 2025. *See* ECF No. 29. In that Order, this Court warned that "[f]ailure to timely file the joint stipulation of dismissal or seek an extension of time within which to do so may result in dismissal of this case without further notice." *Id.* at 2. To date, the parties have failed to comply by filing a stipulation for dismissal. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 14th day of October, 2025.

                                                                          **MELISSA DAMIAN**
                                                                          **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record